1  Lawrance A. Bohm (SBN: 208716)
**BOHM LAW GROUP**
2  4600 Northgate, Suite 210
Sacramento, CA  95834
3  Telephone:  (916) 927-5574
Facsimile:  (916) 927-2056
4
Erika M. Gaspar (SBN: 238117)
5  **LAW OFFICE OF ERIKA M. GASPAR**
2121 Natomas Crossing Drive, Suite 200-399
6  Sacramento, CA 95834
Telephone:  (916) 749-0278
7  Facsimile:  (916) 647-0535

8  Attorneys for Plaintiff JOHN JEROME

9
Nancy Sheehan (SBN: 109419)
Katherine L.M. Mola (SBN: 264625)
10  **PORTER SCOTT APC**
350 University Ave., Suite 200
11  Sacramento, CA 95825
Telephone:  (916) 929-1481
12  Facsimile:  (916) 927-3706

13
Attorneys for Defendant: CATHOLIC HEALTHCARE WEST
14  (erroneously also sued as  MERCY GENERAL HOSPITAL)

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19  JOHN JEROME,                              Case No.:  2:11-CV-00492-FCD-EFB

20          Plaintiff,                        **STIPULATION AND REQUEST FOR
                                              PARTIAL DISMISSAL WITH PREJUDICE
21      v.                                    AND REMAND TO STATE COURT;
                                              ORDER**
22  CATHOLIC  HEALTHCARE  WEST;  MERCY
23  GENERAL HOSPITAL and DOES 1-100,
inclusive,
24
          Defendants.
25

26

27
                                   1
28  JEROME v. CATHOLIC HAELTHCARE WEST; MERCY
GENERAL HOSPITAL, et al

Stipulation and Request for Partial Dismissal with Prejudice
and Remand to State Court; Order

1    Plaintiff John Jerome and Defendant Catholic Healthcare West (erroneously also

2    sued as Mercy General Hospital) by and through their attorneys of record, hereby

3    stipulate and agree as follows:

4        1.    The Second Cause of Action for "Disability Discrimination in Violation

5    of Americans with Disabilities Act, 42 U.S.C.S. § 12112" and the Third Cause of Action

6    for "Failure to Accommodate in Violation of Americans with Disabilities Act, 42

7    U.S.C.S. § 12112" shall be dismissed with prejudice as to all parties; and

8        2.    Plaintiff's remaining claim and First Cause of Action for "Wrongful

9    Termination in Violation of California Health and Safety Code §1278.5" is a claim based

10   in state law which should be remanded back to state court.

11       3.    Based on the foregoing, the parties stipulate and request that this lawsuit

12   immediately be remanded from the United States District Court for the Eastern District of

13   California to the Superior Court of the State of California in and for the County of

14   Sacramento for further proceedings.

15   **IT IS SO STIPULATED.**

16   Dated:  April 13, 2011          By:___/s/ *Erika M. Gaspar*_____
                                        LAWRANCE A. BOHM, ESQ.
                                        ERIKA M. GASPAR, ESQ.
                                        Attorneys for Plaintiff
                                        JOHN JEROME

17   Dated:  April 13, 2011          By:___/s/ *Katherine L.M. Mola*_____
                                        NANCY SHEEHAN, ESQ.
                                        KATHERINE L.M. MOLA, ESQ.
                                        Attorneys for Defendant
                                        CATHOLIC HEALTHCARE WEST
                                        (erroneously also sued as MERCY
                                        GENERAL HOSPITAL)

2

JEROME v. CATHOLIC HAELTHCARE WEST; MERCY
GENERAL HOSPITAL, et al

Stipulation and Request for Partial Dismissal with Prejudice
and Remand to State Court; Order

1

2          **IT IS SO ORDERED.**

3

4   Dated:  April 13, 2011

                                              FRANK C. DAMRELL, JR.
5                                             UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                         3
28   JEROME v. CATHOLIC HAELTHCARE WEST; MERCY
     GENERAL HOSPITAL, et al

     Stipulation and Request for Partial Dismissal with Prejudice
     and Remand to State Court; Order